

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2014

No. 04-14-00124-CV

**WESTFREIGHT SYSTEMS INC.,**
Appellant

v.

John Michael **HEUSTON**, individually and as dependent administrator of the Estate of Juana
Garza, deceased, and Geronimo Rodriguez, individually,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 12-03-50966-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

The Appellant's Westfreight's Unopposed Motion for Extension of Time to File Brief is
GRANTED. The appellant's reply brief and cross-appellee's brief is due on January 9, 2015.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 23rd day of December, 2014.

_____
Keith E. Hottle
Clerk of Court